CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 20 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Seople
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JASON MILLER, | ) |
| Plaintiff, | ) Case No. 5:17cv00001 |
| v. | ) |
| | ) By: Hon. Michael F. Urbanski |
| FOREMOST INDUSTRIES INC. OF PA, et al., | ) Chief United States District Judge |
| Defendants. | ) |

## ORDER

This case was filed in this court on January 4, 2017 upon removal from the Clarke County Circuit Court. On May 8, 2018, defendants filed a suggestion of bankruptcy and the case was stayed. On January 15, 2019, plaintiff filed a Status Report Notice in this case indicating that a Final Decree had been entered in the bankruptcy case pending in the Southern District of New York on November 9, 2018. The Status Report Notice indicated that "[d]ue to the fact that the land sale (the only asset) grossed only $233,000, the Plaintiff's unsecured claim resulted in it being extinguished without payment." Status Report Notice, ECF No. 58.

As a result of the bankruptcy proceeding, it appears that there is nothing further to be done in this case. Accordingly, on November 26, 2019, the court entered an Order requiring a party to this case to respond within fourteen (14) days and show cause why this case should not be dismissed with prejudice. No response to the Show Cause Order has been docketed.

As such, this case is **DISMISSED WITH PREJUDICE AND STRICKEN FROM THE DOCKET OF THE COURT.**

It is **SO ORDERED**.

Entered: 12/20/2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge